N. Kibongni Fondungallah*
Samuel R. Coleman*
Corbin C. Smith
Rebecca F. Schiller

*partner & shareholder



September 27, 2018

The Honorable William J. Fisher
United States Bankruptcy Judge
200 Warren E. Burger Federal Building and United States Courthouse
316 North Robert Street
St. Paul, MN 55101


      RE:   *In re Donald Jeffery Cran*
            Bankruptcy Case No. 18-30756

**AGREEMENT TO CONTINUE CHAPTER 13 CONFIRMATION HEARING**

Dear Judge Fisher,

My client, Federal National Mortgage Association agrees to a continuance of the confirmation hearing scheduled for September 27, 2018 to the October calendar term, in the above-referenced case.

Please contact me with any questions or concerns. Thank you.

Respectfully,

*/e/ Samuel R. Coleman*

Samuel R. Coleman


cc:       Counsel for the Chapter 13 Trustee  (via ECF)
            Craig W. Andresen, Esq. Debtor's Counsel (via ECF)